UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SHARON KAY MAXWELL,

    Plaintiff,

v.

    Case No. 2:12-CV-00207
    JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Mark R. Abel

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

On March 26, 2013, the Magistrate Judge issued a Report and Recommendation in this case recommending that the action be remanded to the Commissioner of Social Security ("Commissioner") for further proceedings and consideration. (ECF No. 16.) The Report and Recommendation advised the parties that failure to object within fourteen days would result in a waiver of review. The time period for objections has run and no party has objected to the Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED**. This action is **REMANDED** to the Commissioner for further proceedings consistent with the March 26, 2013 Report and Recommendation.

    **IT IS SO ORDERED.**

7-1-2013
**DATE**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE