AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*
Eastern Division

**SHARON KAY MAXWELL,**

**Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO.  2:12-CV-00207**

**COMMISSIONER OF**               **JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**              **MAGISTRATE JUDGE MARK R. ABEL**

**Defendant.**

___   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Order filed July 1, 2013, JUDGMENT is hereby entered REMANDING this case to the Commissioner of Social Security for further proceedings. This case is DISMISSED.**

Date: July 1, 2013                                    JOHN P. HEHMAN, CLERK


                                            */S/ Andy F. Quisumbing*_____
                                            (By) Andy F. Quisumbing
                                             Courtroom Deputy Clerk