IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Sharon Kay Maxwell, :

        Plaintiff           :     Civil Action 2:12-cv-00207

v.                               :     Judge Sargus

Michael J. Astrue,          :     Magistrate Judge Abel

        Defendant        :

## ORDER

Plaintiff Sharon Kay Maxwell's July 31, 2013 motion for attorney fees pursuant to the Equal Access to Justice Act (doc. 20) is GRANTED in part. Plaintiff and Defendant, by their respective counsel, have stipulated to an award to Plaintiff of $4,000.00 in attorney fees and $350.00 in costs in full satisfaction and settlement of any and all claims Plaintiff may have under the Equal Access to Justice Act in the above case. The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff and not her attorney and can be offset to satisfy pre-existing debt that the litigant owes the United States under *Astrue v. Ratliff*, 130 S.Ct. 2521, 2010 WL 2346547 (June 14, 2010). Plaintiff is AWARDED Equal Access to Just Act fees in the amount of $4,000.00 and $350.00 in costs.

                                                        9-3-2012

                                         Edmund A. Sargus
                                         United States District Judge